UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

M.S., Feige Leifer, et al.,

Plaintiff(s), 24-CV-07724 (KMK)

-v-

CALENDAR NOTICE

United States of America,

Defendant(s).
-----------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status conference before the Honorable Kenneth M. Karas, United States District Judge, on Friday, September 18, 2026 at 11:00 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160 Access Code: 4653066

Dated: September 4, 2026
White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J.